DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TENNYSON REID,**
Appellant,

v.

**INA ESQUIVAL-KONIECZY,**
Appellee.

No. 4D21-159

[April 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jane D. Fishman, Judge; L.T. Case Nos. CACE18-27553 and COWE18-5405.

Kenneth Eric Trent, Fort Lauderdale, for appellant.

Dara L. Schottenfeld of David J. Schottenfeld, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***